**No. 11-7436. Kenneth Thornton, Petitioner v. Cheryl Price, Warden, et al.**

565 U.S. 1165, 132 S. Ct. 1111, 181 L. Ed. 2d 994, 2012 U.S. LEXIS 843.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7438. Joe Clark Mitchell, Petitioner v. John Rees, Warden.**

565 U.S. 1165, 132 S. Ct. 1111, 181 L. Ed. 2d 994, 2012 U.S. LEXIS 786.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 651 F.3d 593.

**No. 11-7439. Phillippe Padieu, Petitioner v. Texas.**

565 U.S. 1166, 132 S. Ct. 1112, 181 L. Ed. 2d 994, 2012 U.S. LEXIS 898.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 11-7440. Arlene Katai, Petitioner v. New Jersey.**

565 U.S. 1166, 132 S. Ct. 1112, 181 L. Ed. 2d 994, 2012 U.S. LEXIS 799.

January 17, 2012. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 11-7442. Derrick Phillip Ervin, Petitioner v. Alabama.**

565 U.S. 1166, 132 S. Ct. 1112, 181 L. Ed. 2d 994, 2012 U.S. LEXIS 753.

January 17, 2012. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same cases below, 84 So. 3d 1016.

**No. 11-7444. Toby Page, Petitioner v. Steve Rader, Warden.**

565 U.S. 1166, 132 S. Ct. 1112, 181 L. Ed. 2d 994, 2012 U.S. LEXIS 818.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7446. Kevin Ricardo Morley, Petitioner v. Florida, et al.**

565 U.S. 1166, 132 S. Ct. 1136, 181 L. Ed. 2d 994, 2012 U.S. LEXIS 896,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7447. Randall Joe Marshall, Petitioner v. Anita Trammell, Warden.**

565 U.S. 1166, 132 S. Ct. 1112, 181 L. Ed. 2d 994, 2012 U.S. LEXIS 772.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.